IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER M. HINSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-025 |
| | ) | |
| COI CUMMINGS; SCOTT WILKES, | ) | |
| Warden; SHARON LEWIS, GDOC Medical | ) | |
| Director; MARY ALSTON, Medical | ) | |
| Director; SRGT. MOTON; RUTHIE | ) | |
| SHELTON, Deputy Warden; STAN | ) | |
| SHEPARD, Regional Director; NATHAN | ) | |
| DEAL, Governor; GREGORY C. DOZIER, | ) | |
| Commissioner; and COUNSELOR | ) | |
| COUSINS, SART Team, | ) | |
| | ) | |
| Defendants.[1] | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's haircut, gender dysphoria, and housing claims, **DISMISSES** Plaintiff's claims against Defendants Wilkes, Lewis, Moton, Shepard, Deal, and Dozier, and

---

[1] Numerous Defendants are listed on the docket despite not being named in Plaintiff's amended complaint. (See doc. no. 9.) Therefore, in addition to updating the docket consistent with the Court's Order, the Court **DIRECTS** the **CLERK** to terminate any Defendant not named in the amended complaint and update Plaintiff's name in accordance with the amended complaint.

**DISMISSES** Defendants Wilkes, Lewis, Moton, Shepard, Deal, and Dozier from this case.

SO ORDERED this 26th day of July, 2018, at Augusta, Georgia.

*[Signature]*
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA