# Attachment #3

# (Plaintiff's Grievance History)

# Offender Grievances

**HINSON, CHRISTOPHER MARK J-GDC ID 1129317**

OTIS Grievance History

| Grievance Date | Location | Grievance Number | Expedited | Grievance Category | Grievance Type | Status | Status Date |
|---|---|---|---|---|---|---|---|
| 07/18/2018 | HAYS STATE PRISON | 271069 | NO | FOOD SERVICE | FORMAL | PENDING INVESTIGATION RESULTS | 07/30/2018 |
| 04/30/2018 | HAYS STATE PRISON | 265531 | NO | FOOD SERVICE | FORMAL | DENIED | 06/13/2018 |
| 04/30/2018 | HAYS STATE PRISON | 265528 | NO | STAFF NEGLIGENCE | FORMAL | DENIED | 06/05/2018 |
| 03/10/2018 | HAYS STATE PRISON | 262234 | NO | HARASSMENT | FORMAL | APPEAL DENIED | 07/31/2018 |
| 02/26/2018 | AUGUSTA STATE MED. PRISON | 261774 | NO | MISSING/CONFISCATED PROPERTY | FORMAL | DENIED | 04/20/2018 |
| 02/01/2018 | HAYS STATE PRISON | 260421 | NO | MEDICAL | FORMAL | PENDING NOTIFY OFFENDER ON APPEAL | 07/27/2018 |
| 08/18/2017 | AUGUSTA STATE MED. PRISON | 249545 | NO | CONDITIONS OF CONFINEMENT | FORMAL | DENIED | 09/20/2017 |
| 08/08/2017 | AUGUSTA STATE MED. PRISON | 248871 | NO | MEDICAL | FORMAL | REJECTED | 08/21/2017 |
| 06/28/2017 | AUGUSTA STATE MED. PRISON | 246196 | NO | MEDICAL | FORMAL | APPEAL DENIED | 02/06/2018 |
| 06/20/2017 | AUGUSTA STATE MED. PRISON | 245556 | NO | MEDICAL | FORMAL | PENDING NOTIFY OFFENDER ON APPEAL | 07/18/2018 |
| 06/01/2017 | AUGUSTA STATE MED. PRISON | 244460 | NO | CONDITIONS OF CONFINEMENT | FORMAL | APPEAL DENIED | 10/19/2017 |
| 03/28/2017 | AUGUSTA STATE MED. PRISON | 240280 | NO | MEDICAL | FORMAL | PARTIALLY GRANTED | 05/05/2017 |
| 06/25/2012 | JOHNSON STATE PRISON | 124551 | NO | HARASSMENT | INFORMAL | DROPPED BY OFFENDER | 07/05/2012 |

© 1998 - 2002 Georgia Department of Corrections
Send your system questions and recommendations to us