# United States District Court
## Southern District of Georgia

CHRISTOPHER M. HINSON, JR.,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV 118-025

COI CUMMINGS; MARY ALSTON, Medical Director; RUTHIE SHELTON, Deputy Warden; and BRANDON COUSSENS, SART Team,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

pursuant to the Order dated November 26, 2018 adopting the Report and Recommendation as the opinion of the Court, that the Defendants' Motions to dismiss are granted, and this case is dismissed. This case stands closed.

11/26/2018
Date

Scott L. Poff
Clerk

/s/ Jamie Hodge
(By) Deputy Clerk